## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SARAH A. REED**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-001345-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
Commissioner

### ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 9] is adopted.  The Commissioner's decision is affirmed and Sarah Reed's claims are dismissed with prejudice.

IT IS SO ORDERED this 26th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE