## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SARAH A. REED**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-001345-BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE